NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                          )
                                           )
        Appellant,              )
                                           )
v.                                         )          Case No. 2D17-1211
                                           )
JAMES ALLEN OLLINS,                        )
                                           )
        Appellee.               )
_____    )

Opinion filed August 1, 2018.

Appeal from the Circuit Court for Polk
County; William Bruce Smith, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellant.

Luke Newman of Luke Newman, P.A.,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.